# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR13-3037-LRR |
| vs. | |
| MICHAEL LESTER NICHOLSON, | **ORDER** |
| Defendant. | |

This matter comes before the court on the defendant's motion to reduce sentence (docket no. 55). The defendant filed such motion on November 17, 2016. The court already addressed this matter on August 4, 2016. Amendment 794 is not an amendment that is included within USSG §1B1.10(d). Accordingly, the defendant's motion to reduce sentence (docket no. 55) is denied.

**IT IS SO ORDERED**.

**DATED** this 12th day of December, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA